IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01534-MSK

CHESTER BELFIELD,

    Applicant,

v.

ISAAC FULWOOD,

    Respondent.

_____

### ORDER DISMISSING ACTION WITH PREJUDICE
_____

Upon review of Applicant's June 29, 2011, Motion to Dismiss (#33), it is

**ORDERED** that the Motion to Dismiss (#33) is granted.  It is

**FURTHER ORDERED** that the June 21, 2011, Order to Show Cause ( # 32) is discharged. It is

**FURTHER ORDERED** that this action hereby is dismissed with prejudice, the parties to pay their own costs and attorney's fees.

DATED this 5th day of July, 2011.

                      **BY THE COURT:**

                      */s/ Marcia S. Krieger*
                      _____

                      Marcia S. Krieger
                      United States District Judge